THE CUMMINGS INVESTMENT CORPORATION, a Corporation, et al., *Appellants*, v. MABEL M. HORTON *et al., Appellees.*

Division B.

Decision filed November 22, 1929.

Petition for rehearing denied January 18, 1930.

1004

*W. L. Kimball, John B. Singletary, D. R. Peacock* and *Geo. L. King,* for Appellants;

*J. M. Gardenhire* and *Hubert Blakey,* for Appellees.

PER CURIAM.—The order appealed from herein is affirmed on the authority of Crosland v. Brickell, 86 Fla. 91, 97 So. R. 286.

Affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.